

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | No. 08-19-00059-CR |
| HUMBERTO CEBALLOS, JR., | § | |
| Appellant, | § | Appeal from the |
| v. | § | 34th District Court |
| | § | of El Paso County, Texas |
| THE STATE OF TEXAS, | § | (TC# 20170D00479) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the Appellant's motion to withdraw appeal, and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF SEPTEMBER, 2019.

YVONNE T. RODRIGUEZ, Justice

Before Rodriguez, J., Palafox, J., and Barajas, Senior Judge
Barajas, Senior Judge (Sitting by Assignment)